IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02076-PAB-CBS

COLORADO DEPARTMENT OF REVENUE,

    Plaintiff,

v.

INTEGRATED ELECTRIC, INC.,
COMMERCIAL SAVINGS BANK,
COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT,
CITY AND COUNTY OF DENVER,
UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY,
CHRIS SYRPES, and
NOTA SYRPES,

    Defendants.

## ORDER

This matter is before the Court on plaintiff Colorado Department of Revenue's motion to pay excess funds into the registry of the court and to be dismissed as a party [Docket No 8]. The Colorado Department of Revenue ("CDOR") commenced this interpleader action and filed the present motion pursuant to Colo. R. Civ. P. 22 in the District Court of Denver County, Colorado on July 29, 2010. In a response to the motion filed on August 16, 2010, defendants Chris Syrpes and Nota Syrpes stated that they had no objection.

Defendant United States Department of Treasury removed the case to this Court on August 27, 2010. To establish this Court's jurisdiction, the Notice of Removal [Docket No. 1] invokes 28 U.S.C. § 1442(a)(1), because the case is a "civil action . . .

commenced in a State court against . . . [t]he United States or any agency thereof . . . .," as well as 28 U.S.C. § 1444, which permits removal of actions brought pursuant to 28 U.S.C. § 2410. *See* 28 U.S.C. § 2410(a)(5) ("Under the conditions prescribed in this section and section 1444 of this title for the protection of the United States, the United States may be named a party in any civil action or suit in any district court, or in any State court having jurisdiction of the subject matter . . . of interpleader or in the nature of interpleader with respect to, real or personal property on which the United States has or claims a mortgage or other lien.").

CDOR is in possession of excess funds in the amount of $65,465.72 derived from the tax sale of property owned by defendant Integrated Electric, Inc. Each defendant claims part of the excess funds, and CDOR has disclaimed any interest in the excess funds. No party opposes the present motion and, the Court being satisfied that good grounds exist to grant the motion, it is

**ORDERED** that plaintiff Colorado Department of Revenue's motion to pay excess funds into the registry of the court and to be dismissed as a party [Docket No 8] is GRANTED. It is further

**ORDERED** that plaintiff Colorado Department of Revenue shall deposit into the Registry of this Court the excess funds in its possession in the amount of $65,465.72. The Clerk of the Court is directed to receive said sum, issue its receipt for same, and hold said sum pending further order of this Court. It is further

**ORDERED** that the Clerk of the Court is further directed to deposit the aforesaid sum into an interest bearing account, in keeping with the Clerk's normal practice, pending further order of this Court. No withdrawal from this deposit may be had without

approval of this Court.  It is further

      **ORDERED** that, upon deposit of the excess funds into the Registry of this Court, plaintiff Colorado Department of Revenue shall be discharged from further liability and dismissed from this case.  It is further

      **ORDERED** that, at such time as plaintiff Colorado Department of Revenue is dismissed from the case, the Clerk of the Court shall realign the parties so that Commercial Savings Bank is the plaintiff and Integrated Electric, Inc., Colorado Department of Labor and Employment, City and County of Denver, the United States Department of Treasury, Chris Syrpes, and Nota Syrpes are the defendants.  Within thirty days of such realignment, the parties may file pleadings, or amended pleadings, stating the basis for their claim to the excess proceeds.

      DATED September 13, 2010.

      BY THE COURT:

s/Philip A. Brimmer  
PHILIP A. BRIMMER  
United States District Judge