IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02076-PAB-CBS

COLORADO DEPARTMENT OF REVENUE,

    Plaintiff,

v.

INTEGRATED ELECTRIC, INC.,
COMMERCIAL SAVINGS BANK,
COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT,
CITY AND COUNTY OF DENVER,
UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY,
CHRIS SYRPES, and
NOTA SYRPES,

    Defendants.

## ORDER

This interpleader matter is before the Court on the payment by the Colorado Department of Revenue into the Registry of this Court the excess funds in its possession in the amount of $65,465.72 [Docket No. 25].  Pursuant to the Court's September 13, 2010 order [Docket No. 13], it is

**ORDERED** that plaintiff Colorado Department of Revenue is discharged from further liability and dismissed from this case.  It is further

**ORDERED** that the Clerk of the Court shall realign the parties so that Commercial Savings Bank is the plaintiff and Integrated Electric, Inc., Colorado Department of Labor and Employment, City and County of Denver, the United States Department of Treasury, Chris Syrpes, and Nota Syrpes are the defendants.  It is

further

**ORDERED** that the portion of the September 13 order referring to a deadline to file or amend pleadings is vacated. The parties shall comply the scheduling order filed on November 12, 2010 [Docket No. 28].

DATED December 3, 2010.

                                          BY THE COURT:

                                          s/ Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge