IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02076-PAB-CBS

COMMERCIAL SAVINGS BANK,

    Plaintiff,

v.

INTEGRATED ELECTRIC, INC.,
COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT,
CITY AND COUNTY OF DENVER,
UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY,
CHRIS SYRPES, and
NOTA SYRPES,

    Defendants.

## ORDER

This matter is before the Court on the motion to dismiss [Docket No. 24] filed by defendants Chris Syrpes and Nota Syrpes. The Syrpeses disclaim any interest in the funds at issue in this interpleader action, *see* Docket No. 12, and no party has opposed their motion. Therefore, it is

**ORDERED** that the motion to dismiss [Docket No. 24] is GRANTED. Chris Syrpes and Nota Syrpes are dismissed from this case.

DATED December 22, 2010.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge