IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02076-PAB-CBS

COMMERCIAL SAVINGS BANK,

    Plaintiff,

v.

INTEGRATED ELECTRIC, INC.,
COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT,
CITY AND COUNTY OF DENVER, and
UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY,

    Defendants.

---

# ORDER

---

This matter is before the Court on the Joint Stipulation and Unopposed Motion to Withdraw Funds and For Dismissal with Prejudice [Docket No. 33] filed by plaintiff Commercial Savings Bank and defendants United States of America and the City and County of Denver.  The Court being fully apprised of the motion's premises, it is

    **ORDERED** that the Clerk of this Court shall distribute the funds on deposit in this case in the following order:

        1.    First, to the defendant United States of America, by check made payable to the "United States Treasury" in the amount of $50,000.00, referencing Case No. 10-cv-02076-PAB-CBS, mailed to:

        Tax FLU, Office of Review
        P.O. Box 310
        Ben Franklin Station
        Washington DC 20044-0310

2.     Second, to the defendant City and County of Denver, by check made payable to "Manager of Finance, City and County of Denver" in the amount of $15,465.72, referencing Case No. 10-cv-02076-PAB-CBS, mailed to:

        Michelle Bush
        Assistant City Attorney
        201 W. Colfax, Dept. 1207
        Denver, CO 80202

3.     To the extent there is any remaining balance, it shall be distributed pro-rata between the United States of America and the City and County of Denver in proportion to the amounts and according to the instructions listed in Paragraphs 1 and 2.

It is further

**ORDERED** that the parties' motion [Docket No. 33] is GRANTED.  This case is dismissed with prejudice, each party to bear its own costs and fees.

DATED January 10, 2011.

        BY THE COURT:

        s/Philip A. Brimmer
        PHILIP A. BRIMMER
        United States District Judge